# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: HOGUE, ROBERT A. | § Case No. 09-73082 |
| HOGUE, TAMMY L. | § |
| | § |
| Debtor(s) KOELLER, TAMMY | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on July 24, 2009. The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of      $    11,116.77

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Administrative expenses | 1,126.18 |
| Payments to creditors | 867.70 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $    9,122.89 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 11/27/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,861.68. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,861.68, for a total compensation of $1,861.68. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $122.27, for total expenses of $122.27.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/08/2010         By:/s/JOSEPH D. OLSEN
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 09-73082
Case Name: HOGUE, ROBERT A.
HOGUE, TAMMY L.
Period Ending: 02/08/10

Trustee: (330400)  JOSEPH D. OLSEN
Filed (f) or Converted (c): 07/24/09 (f)
§341(a) Meeting Date: 08/26/09
Claims Bar Date: 11/27/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 9692 Baumgartner, Huntley Illinois 60142 | 325,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 282 Shagbark, Streamwood Illinois 60007 | 165,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Vacant Lot, Oak Run 1 409, Dahinda, Illinois 614 | 25,000.00 | 10,000.00 | | 11,115.96 | FA |
| 4 | 330 Cunat Blvd, Unit 2G, Richmond, IL 60071 | 97,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking Chase Bank | 800.00 | 0.00 | DA | 0.00 | FA |
| 6 | Checking Charter One Bank | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | Checking National City Bank | 600.00 | 0.00 | DA | 0.00 | FA |
| 8 | Living Room Furniture | 50.00 | 0.00 | DA | 0.00 | FA |
| 9 | VCR | 10.00 | 0.00 | DA | 0.00 | FA |
| 10 | Dinning Room Furniture | 100.00 | 0.00 | DA | 0.00 | FA |
| 11 | Vacuum | 20.00 | 0.00 | DA | 0.00 | FA |
| 12 | 6- TV'S Total Value | 150.00 | 0.00 | DA | 0.00 | FA |
| 13 | DVD PLayer | 25.00 | 0.00 | DA | 0.00 | FA |
| 14 | Bed Room Furniture | 25.00 | 0.00 | DA | 0.00 | FA |
| 15 | Kitchen Utensils | 100.00 | 0.00 | DA | 0.00 | FA |
| 16 | Computer | 100.00 | 0.00 | DA | 0.00 | FA |
| 17 | Exercise Equipment | 50.00 | 0.00 | DA | 0.00 | FA |
| 18 | Video System & Games | 100.00 | 0.00 | DA | 0.00 | FA |
| 19 | Clothing | 300.00 | 0.00 | DA | 0.00 | FA |
| 20 | Ring | 100.00 | 0.00 | DA | 0.00 | FA |
| 21 | 401(K) Lime Energy Co. | 9,020.63 | 0.00 | DA | 0.00 | FA |
| 22 | 2 Desks Total Value | 100.00 | 0.00 | DA | 0.00 | FA |
| 23 | 2 Mowers 1 Blower Total Value | 500.00 | 0.00 | DA | 0.00 | FA |
| 24 | Dog | 0.00 | 0.00 | DA | 0.00 | FA |
| 25 | 9692 Baumgartner, Huntley Illinois 60142 | 325,000.00 | 0.00 | DA | 0.00 | FA |
| 26 | 282 Shagbark, Streamwood Illinois 60007 | 165,000.00 | 0.00 | DA | 0.00 | FA |
| 27 | Vacant Lot, Oak Run 1 409, Dahinda, Illinois 614 | 25,000.00 | 0.00 | DA | 0.00 | FA |
| 28 | 330 Cunat Blvd, Unit 2G, Richmond, IL 60071 | 97,500.00 | 0.00 | DA | 0.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-73082  
**Case Name:** HOGUE, ROBERT A.  
HOGUE, TAMMY L.  
**Period Ending:** 02/08/10

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 07/24/09 (f)  
**§341(a) Meeting Date:** 08/26/09  
**Claims Bar Date:** 11/27/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Int  INTEREST (u) | Unknown | N/A |  | 0.81 | Unknown |
| 29  Assets  Totals (Excluding unknown values) | $1,237,250.63 | $10,000.00 |  | $11,116.77 | $0.00 |

**Major Activities Affecting Case Closing:**

Trustee administered a vacant lot in Knox County, Illinois. Property Sold. Proof of claim objection set for 1/25/10, once resolved final report will be filed.

**Initial Projected Date Of Final Report (TFR):** June 30, 2010  **Current Projected Date Of Final Report (TFR):** June 30, 2010

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-73082 | | Trustee: | JOSEPH D. OLSEN (330400) |
| --- | --- | --- | --- | --- |
| Case Name: | HOGUE, ROBERT A. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | HOGUE, TAMMY L. | | Account: | ***-*****69-65 - Money Market Account |
| Taxpayer ID #: | 54-6871068 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 02/08/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 11/30/09 | | Charter Oak Realty | sale of vacant lot | | | 9,006.12 | | 9,006.12 |
| | {3} | | | 11,000.00 | 1110-000 | | | 9,006.12 |
| | | | 2009 real estate taxes | -251.85 | 4700-000 | | | 9,006.12 |
| | | | 2008 real estate taxes | -462.85 | 4700-000 | | | 9,006.12 |
| | | | Brokers commission | -660.00 | 3510-000 | | | 9,006.12 |
| | | | Title Attorneys | -180.00 | 2990-000 | | | 9,006.12 |
| | | | Recorder of Knox County | -16.50 | 2990-000 | | | 9,006.12 |
| | | | Record Notice | -35.00 | 2990-000 | | | 9,006.12 |
| | | | Title Insurance | -153.00 | 4110-000 | | | 9,006.12 |
| | | | HDA | -160.23 | 2990-000 | | | 9,006.12 |
| | | | Aqua Water | -74.45 | 2990-000 | | | 9,006.12 |
| 12/07/09 | {3} | Massie & Rennick | balance of escrow | | 1110-000 | 115.96 | | 9,122.08 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.35 | | 9,122.43 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.35 | | 9,122.78 |
| 02/08/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | | 1270-000 | 0.11 | | 9,122.89 |
| 02/08/10 | | To Account #********6966 | Prep. of F. Rpt - under $10,000. | | 9999-000 | | ! 9,122.89 | 0.00 |

| | ACCOUNT TOTALS | 9,122.89 | 9,122.89 | $0.00 |
| --- | --- | --- | --- | --- |
| | Less: Bank Transfers | 0.00 | 9,122.89 | |
| | Subtotal | 9,122.89 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $9,122.89 | $0.00 | |

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 02/08/2010 12:13 PM    V.11.54

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-73082 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | HOGUE, ROBERT A. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | HOGUE, TAMMY L. | | Account: | ***-*****69-66 - Checking Account |
| Taxpayer ID #: | 54-6871068 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 02/08/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/08/10 | | From Account #********6965 | Prep. of F. Rpt - under $10,000. | 9999-000 | ! 9,122.89 | | 9,122.89 |
| | | | ACCOUNT TOTALS | | 9,122.89 | 0.00 | $9,122.89 |
| | | | Less: Bank Transfers | | 9,122.89 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| Net Receipts : | 9,122.89 |
|---|---|
| Plus Gross Adjustments : | 1,993.88 |
| Net Estate : | $11,116.77 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****69-65 | 9,122.89 | 0.00 | 0.00 |
| Checking # ***-*****69-66 | 0.00 | 0.00 | 9,122.89 |
| | $9,122.89 | $0.00 | $9,122.89 |

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

Claims Bar Date: November 27, 2009

Case Number: 09-73082  
Debtor Name: HOGUE, ROBERT A.

Page: 1

Date: February 8, 2010  
Time: 12:13:14 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $1,861.68 | $0.00 | 1,861.68 |
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $122.27 | $0.00 | 122.27 |
| 200 | Yalden, Olsen & Willette<br>1318 East State Street<br>Rockford, IL 61104 | Admin Ch. 7 | | $1,327.50 | $0.00 | 1,327.50 |
| 1<br>100 | Ford Motor Credit Company LLC<br>P O Box 537901<br>Livonia, MI 48153-9905 | Secured | No distribution to be made per court order 1/25/10 | $0.00 | $0.00 | 0.00 |
| 2<br>610 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $6,026.12 | $0.00 | 6,026.12 |
| 3<br>610 | Tiffany Place Homeowner Association<br>Schwartz Wolf & Bernstein LLP<br>314 N McHenry Rd<br>Buffalo Grove, IL 60089 | Unsecured | | $999.54 | $0.00 | 999.54 |
| 4<br>610 | Dell Financial Services L.L.C.<br>c/o Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Unsecured | | $2,382.60 | $0.00 | 2,382.60 |
| 5<br>610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $2,381.80 | $0.00 | 2,381.80 |
| 6<br>610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $6,637.98 | $0.00 | 6,637.98 |
| 7<br>610 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $3,723.85 | $0.00 | 3,723.85 |
| 8<br>610 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $10,685.96 | $0.00 | 10,685.96 |
| 9<br>610 | GE Money Bank dba JCPENNEY CREDIT SERVICES<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | Unsecured | | $138.55 | $0.00 | 138.55 |

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 27, 2009

**Case Number:** 09-73082
**Debtor Name:** HOGUE, ROBERT A.

Page: 2

**Date:** February 8, 2010
**Time:** 12:13:14 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10 / 610 | ATT Mobility LLC<br>c/o B-Line LLC<br>MS 550, PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | | $318.00 | $0.00 | 318.00 |
| 11 / 610 | Capital Recovery III LLC As Assignee of<br>CitiFinanc<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131 | Unsecured | | $1,115.82 | $0.00 | 1,115.82 |
| 12 / 610 | PRA Receivables Management, Llc<br>As Agent Of Portfolio Recovery Assocs.<br>c/o First Card, POB 41067<br>NORFOLK, VA 23541 | Unsecured | | $1,942.25 | $0.00 | 1,942.25 |
| << Totals >> | | | | 39,663.92 | 0.00 | 39,663.92 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-73082
Case Name: HOGUE, ROBERT A.
Trustee Name: JOSEPH D. OLSEN

Claims of secured creditors will be paid as follows:

*Claimant*                                                *Proposed Payment*

                        N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | JOSEPH D. OLSEN | $ 1,861.68 | $ 122.27 |
| *Attorney for trustee* | Yalden, Olsen & Willette | $ 1,327.50 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                *Fees*                *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for*       _____ $_____ $_____
*Accountant for*     _____ $_____ $_____
*Appraiser for*      _____ $_____ $_____
*Other*              _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*   *Claimant*                      *Allowed Amt. of Claim*   *Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,352.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 2 | DISCOVER BANK | $ 6,026.12 | $ 963.37 |
| 3 | Tiffany Place Homeowner Association | $ 999.54 | $ 159.79 |
| 4 | Dell Financial Services L.L.C. | $ 2,382.60 | $ 380.89 |
| 5 | Chase Bank USA, N.A. | $ 2,381.80 | $ 380.76 |
| 6 | Chase Bank USA, N.A. | $ 6,637.98 | $ 1,061.17 |
| 7 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 3,723.85 | $ 595.31 |
| 8 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 10,685.96 | $ 1,708.29 |
| 9 | GE Money Bank dba JCPENNEY CREDIT SERVICES | $ 138.55 | $ 22.15 |
| 10 | ATT Mobility LLC | $ 318.00 | $ 50.84 |
|  | Capital Recovery III LLC As |  |  |

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 11 | Assignee of CitiFinanc | $ 1,115.82 | $ 178.38 |
| 12 | PRA Receivables Management, Llc | $ 1,942.25 | $ 310.49 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                          Allowed Amt. of Claim   Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                          Allowed Amt. of Claim   Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**