**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: HOGUE, ROBERT A. § | Case No. 09-73082 |
| HOGUE, TAMMY L. § | |
| § | |
| Debtor(s) KOELLER, TAMMY § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 03/22/2010 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 02/08/2010         By: /s/JOSEPH D. OLSEN
                                                    Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635

**UST Form 101-7-NFR (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: HOGUE, ROBERT A.  § Case No. 09-73082
HOGUE, TAMMY L.  §
 §
Debtor(s) KOELLER, TAMMY  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 11,116.77 |
| and approved disbursements of | $ 1,993.88 |
| leaving a balance on hand of [1] | $ 9,122.89 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                                           *Proposed Payment*
                          N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | JOSEPH D. OLSEN | $ 1,861.68 | $ 122.27 |
| Attorney for trustee | Yalden, Olsen & Willette | $ 1,327.50 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                    *Fees*                    *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,352.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 2 | DISCOVER BANK | $ 6,026.12 | $ 963.37 |
| 3 | Tiffany Place Homeowner Association | $ 999.54 | $ 159.79 |
| 4 | Dell Financial Services L.L.C. | $ 2,382.60 | $ 380.89 |
| 5 | Chase Bank USA, N.A. | $ 2,381.80 | $ 380.76 |
| 6 | Chase Bank USA, N.A. | $ 6,637.98 | $ 1,061.17 |
| 7 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 3,723.85 | $ 595.31 |
| 8 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 10,685.96 | $ 1,708.29 |
| 9 | GE Money Bank dba JCPENNEY CREDIT SERVICES | $ 138.55 | $ 22.15 |
| 10 | ATT Mobility LLC | $ 318.00 | $ 50.84 |
| 11 | Capital Recovery III LLC As Assignee of CitiFinanc | $ 1,115.82 | $ 178.38 |

**UST Form 101-7-NFR (9/1/2009)**

| 12 | PRA Receivables Management, Llc | $ 1,942.25 | $ 310.49 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                                    Allowed Amt. of Claim    Proposed Payment*
                                N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                                    Allowed Amt. of Claim    Proposed Payment*
                                N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By: /s/JOSEPH D. OLSEN
                           Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: lorsmith              Page 1 of 2                   Date Rcvd: Feb 22, 2010
Case: 09-73082                 Form ID: pdf006             Total Noticed: 57

The following entities were noticed by first class mail on Feb 24, 2010.
db/jdb        +Robert A. Hogue,    Tammy L. Hogue,    10743 Potomac Drive,    Huntley, IL 60142-4006
aty           +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
aty            James P Mullally,    Franks Gerkin & McKenna PC,    19333 E Grant,    POB 5,
                Marengo, IL 60152-0005
aty           +Peggy D. Gerkin,    Franks, Gerkin & McKenna,    P. O. Box 5,    Marengo, IL 60152-0005
tr            +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
14204236      ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit,     PO Box 78143,    Phoenix, AZ 85062-8143)
14204237      +AT&T Wireless,    PO Box 6428,    Carol Stream, IL 60197-6428
14728281       ATT Mobility LLC,    c/o B-Line LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
14204239      +BCA Financial Services,    18001 Old Cutler Road,    Miami, FL 33157-6422
14204238       Bank of America,    PO Box 15726,    Wilmington, DE 19886-5726
14204240       Blatt Hasenmiller Leibsker & Moore,     125 South Wacker Drive,    Suite 400,
                Chicago, IL 60606-4440
14204241      +Bob Crawford,    2032 Waverly,    Algonquin, IL 60102-5182
14204247      +CIT Bank/DFS,    12234 North IH 35 SB,    Austin, TX 78753-1705
14753338      +Capital Recovery III LLC As Assignee of CitiFinanc,     Care of Recovery Management Systems Corp,
                25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
14204242      +Capitol One Bank,    PO Box 85520,    Richmond, VA 23285-5520
14204243       Chase Bank,    PO Box 15153,    Wilmington, DE 19886-5153
14204244      +Chase Bank USA,    IL1-0169,    131 South Dearborn Street,    Chicago, IL 60603-5517
14501108       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14204245      +Chase Home Mortgage,    PO Box 9001871,    Louisville, KY 40290-1871
14204246      +Christmas Village,    PO Box 810758,    Boca Raton, FL 33481-0758
14204248       Citi Financial Retail Services,    PO Box 183041,    Columbus, OH 43218-3041
14204250      +Citifinancial,    PO Box 499,    Hanover, MD 21076-0499
14204249      +Citifinancial,    PO Box 6931,    The Lakes, NV 88901-6931
14204252       ComEd,    Box 6111,    Carol Stream, IL 60197-6111
14204251       Comcast,    PO Box 3002,    Southeastern, PA 19398-3002
14204253      +Cory Koeller,    1136 Frye Street,    East Lansing, MI 48823-4609
14204254       Country Wide Home Loans,    PO Box 5170,    Simi Valley, CA 93062-5170
14204255      +Credit Management LP,    4200 International Parkway,    Carrollton, TX 75007-1912
14204256      +Dell Financial Services,    PO Box 81577,    Austin, TX 78708-1577
14458244       Dell Financial Services L.L.C.,    c/o Resurgent Capital Services,    PO Box 10390,
                Greenville, SC 29603-0390
14537995       FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
                Oklahoma City, OK 73124-8809
14272700      ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
               (address filed with court: Ford Motor Credit Company LLC,     P O Box 537901,
                Livonia MI 48153-9905)
14204258      +Ford Motor Credit,    PO Box 542000,    Omaha, NE 68154-8000
14292096       Ford Motor Credit Company LLC,    C/O Steven L. Nelson,    P.O. Box 3700,
                Rock Island, IL 61204-3700
14698256      +GE Money Bank dba JCPENNEY CREDIT SERVICES,     Care of Recovery Management Systems Corp,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14204260      +Judith Hamma,    13585 Helmlock Drive,    Huntley, IL 60142-6358
14204261      +Judy Hamma,    13585 Hemlock Drive,    Huntley, IL 60142-6358
14204262      +Knox County Collector,    200 South Cherry Street,    Galesburg, IL 61401-4912
14204265      +Matthew Hogue,    10743 Potomac Drive,    Huntley, IL 60142-4006
14204266      +Mike Hamma,    1951 Dumplin Loop Road,    New Market, TN 37820-5228
14204267      +Milton Valedez,    1911 South Blue Island Avenue,    Chicago, IL 60608-3014
14204269       Northland Group Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
14765065      +PRA Receivables Management, Llc,    As Agent Of Portfolio Recovery Assocs.,    c/o First Card,
                POB 41067,    NORFOLK VA 23541-1067
14204272      +Pulte Mortgage Corporation,    7475 South Joliet Street,    Englewood, CO 80112-3885
14204273       Sallie Mae,    PO Box 9500,    Wilkes Barre, PA 18773-9500
14204274      +Schwartz Wolf & Bernstein LLP,    314 North McHenry Road,    Buffalo Grove, IL 60089-2428
14204277      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,     PO Box 5855,    Carol Stream, IL 60197)
14204275       Talamore Comm Assoc,    c/o Foster Premier Inc,    PO Box 661126,    Chicago, IL 60666-1126
14204276      +Tiffany Place Homeowner Association,    Schwartz Wolf & Bernstein LLP,    314 N McHenry Rd,
                Buffalo Grove, IL 60089-2428
14204278      +Umberto Ficarella,    825 South Route 59,    Bartlett, IL 60103-1629
14204279       United Recovery Systems,    PO Box 722929,    Houston, TX 77272-2929
14204280      +Village of Streamwood,    301 East Irving Park Road,    Streamwood, IL 60107-3096

The following entities were noticed by electronic transmission on Feb 22, 2010.
14398484       E-mail/PDF: mrdiscen@discoverfinancial.com Feb 23 2010 01:18:06      DISCOVER BANK,
                DFS Services LLC,    PO Box 3025,    New Albany, Ohio 43054-3025
14204257       E-mail/PDF: mrdiscen@discoverfinancial.com Feb 23 2010 01:18:06      Discover Card,   PO Box 6103,
                Carol Stream, IL 60197-6103
14204259      +E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2010 01:10:16      JC Penny,   PO Box 984100,
                El Paso, TX 79998-4100
14204263      +E-mail/PDF: cr-bankruptcy@kohls.com Feb 23 2010 01:19:50      Kohls Chase,
                N56 W. 17000 Ridgewood Drive,    Menomonee Falls, WI 53051-7096
14204268       E-mail/Text: bankrup@nicor.com                             Nicor Gas,   PO Box 0632,
                Aurora, IL 60507-0632
                                                                                              TOTAL: 5
```

```
District/off: 0752-3           User: lorsmith              Page 2 of 2                    Date Rcvd: Feb 22, 2010
Case: 09-73082                 Form ID: pdf006             Total Noticed: 57

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14204264       LVNV Funding LLC
14204271       Pontagroup Financial LLC,   35A Rust Lane
aty*          +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
14204270*     +Northland Group Inc.,   PO Box 390846,   Minneapolis, MN 55439-0846
                                                                                            TOTALS: 2, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 24, 2010**                    **Signature:**    /s/ Joseph Speetjens