**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: HOGUE, ROBERT A.   § Case No. 09-73082
      HOGUE, TAMMY L.   §
       §
Debtor(s) KOELLER, TAMMY   §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,212,250.63 | Assets Exempt: $25,086.17 |
| Total Distribution to Claimants: $6,679.14 | Claims Discharged Without Payment: $30,541.03 |
| Total Expenses of Administration: $4,437.63 | |

    3) Total gross receipts of $ 11,116.77 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $11,116.77 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $5,226.67 | $867.70 | $867.70 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,437.63 | 4,437.63 | 4,437.63 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 36,352.47 | 36,352.47 | 5,811.44 |
| **TOTAL DISBURSEMENTS** | $0.00 | $46,016.77 | $41,657.80 | $11,116.77 |

   4) This case was originally filed under Chapter 7 on July 24, 2009.
. The case was pending for 11 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/22/2010          By: /s/JOSEPH D. OLSEN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Vacant Lot, Oak Run 1 409, Dahinda, Illinois 614 | 1110-000 | 11,115.96 |
| Interest Income | 1270-000 | 0.81 |
| **TOTAL GROSS RECEIPTS** | | **$11,116.77** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 − SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ford Motor Credit Company LLC | 4110-000 | N/A | 4,358.97 | 0.00 | 0.00 |
| Charter Oak Realty | 4700-000 | N/A | 251.85 | 251.85 | 251.85 |
| Charter Oak Realty | 4700-000 | N/A | 462.85 | 462.85 | 462.85 |
| Charter Oak Realty | 4110-000 | N/A | 153.00 | 153.00 | 153.00 |
| **TOTAL SECURED CLAIMS** | | **$0.00** | **$5,226.67** | **$867.70** | **$867.70** |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,861.68 | 1,861.68 | 1,861.68 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 122.27 | 122.27 | 122.27 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,327.50 | 1,327.50 | 1,327.50 |
| Charter Oak Realty | 3510-000 | N/A | 660.00 | 660.00 | 660.00 |
| Charter Oak Realty | 2990-000 | N/A | 180.00 | 180.00 | 180.00 |
| Charter Oak Realty | 2990-000 | N/A | 16.50 | 16.50 | 16.50 |
| Charter Oak Realty | 2990-000 | N/A | 35.00 | 35.00 | 35.00 |
| Charter Oak Realty | 2990-000 | N/A | 160.23 | 160.23 | 160.23 |
| Charter Oak Realty | 2990-000 | N/A | 74.45 | 74.45 | 74.45 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 4,437.63 | 4,437.63 | 4,437.63 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DISCOVER BANK | 7100-000 | N/A | 6,026.12 | 6,026.12 | 963.37 |
| Tiffany Place Homeowner Association | 7100-000 | N/A | 999.54 | 999.54 | 159.79 |
| Dell Financial Services L.L.C. | 7100-000 | N/A | 2,382.60 | 2,382.60 | 380.89 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 2,381.80 | 2,381.80 | 380.76 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 6,637.98 | 6,637.98 | 1,061.17 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 3,723.85 | 3,723.85 | 595.31 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 10,685.96 | 10,685.96 | 1,708.29 |
| GE Money Bank dba JCPENNEY CREDIT SERVICES | 7100-000 | N/A | 138.55 | 138.55 | 22.15 |
| ATT Mobility LLC | 7100-000 | N/A | 318.00 | 318.00 | 50.84 |
| Capital Recovery III LLC As Assignee of CitiFinanc | 7100-000 | N/A | 1,115.82 | 1,115.82 | 178.38 |
| PRA Receivables Management, Llc | 7100-000 | N/A | 1,942.25 | 1,942.25 | 310.49 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 36,352.47 | 36,352.47 | 5,811.44 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-73082  
**Case Name:** HOGUE, ROBERT A.  
HOGUE, TAMMY L.  
**Period Ending:** 06/22/10

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 07/24/09 (f)  
**§341(a) Meeting Date:** 08/26/09  
**Claims Bar Date:** 11/27/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 9692 Baumgartner, Huntley Illinois 60142 | 325,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 282 Shagbark, Streamwood Illinois 60007 | 165,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Vacant Lot, Oak Run 1 409, Dahinda, Illinois 614 | 25,000.00 | 10,000.00 | | 11,115.96 | FA |
| 4 | 330 Cunat Blvd, Unit 2G, Richmond, IL 60071 | 97,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking Chase Bank | 800.00 | 0.00 | DA | 0.00 | FA |
| 6 | Checking Charter One Bank | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | Checking National City Bank | 600.00 | 0.00 | DA | 0.00 | FA |
| 8 | Living Room Furniture | 50.00 | 0.00 | DA | 0.00 | FA |
| 9 | VCR | 10.00 | 0.00 | DA | 0.00 | FA |
| 10 | Dinning Room Furniture | 100.00 | 0.00 | DA | 0.00 | FA |
| 11 | Vacuum | 20.00 | 0.00 | DA | 0.00 | FA |
| 12 | 6- TV'S Total Value | 150.00 | 0.00 | DA | 0.00 | FA |
| 13 | DVD PLayer | 25.00 | 0.00 | DA | 0.00 | FA |
| 14 | Bed Room Furniture | 25.00 | 0.00 | DA | 0.00 | FA |
| 15 | Kitchen Utensils | 100.00 | 0.00 | DA | 0.00 | FA |
| 16 | Computer | 100.00 | 0.00 | DA | 0.00 | FA |
| 17 | Exercise Equipment | 50.00 | 0.00 | DA | 0.00 | FA |
| 18 | Video System & Games | 100.00 | 0.00 | DA | 0.00 | FA |
| 19 | Clothing | 300.00 | 0.00 | DA | 0.00 | FA |
| 20 | Ring | 100.00 | 0.00 | DA | 0.00 | FA |
| 21 | 401(K) Lime Energy Co. | 9,020.63 | 0.00 | DA | 0.00 | FA |
| 22 | 2 Desks Total Value | 100.00 | 0.00 | DA | 0.00 | FA |
| 23 | 2 Mowers 1 Blower Total Value | 500.00 | 0.00 | DA | 0.00 | FA |
| 24 | Dog | 0.00 | 0.00 | DA | 0.00 | FA |
| 25 | 9692 Baumgartner, Huntley Illinois 60142 | 325,000.00 | 0.00 | DA | 0.00 | FA |
| 26 | 282 Shagbark, Streamwood Illinois 60007 | 165,000.00 | 0.00 | DA | 0.00 | FA |
| 27 | Vacant Lot, Oak Run 1 409, Dahinda, Illinois 614 | 25,000.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 09-73082  
**Case Name:** HOGUE, ROBERT A.  
HOGUE, TAMMY L.  
**Period Ending:** 06/22/10

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 07/24/09 (f)  
**§341(a) Meeting Date:** 08/26/09  
**Claims Bar Date:** 11/27/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 28 | 330 Cunat Blvd, Unit 2G, Richmond, IL 60071 | 97,500.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.81 | Unknown |
| 29 | Assets   Totals (Excluding unknown values) | $1,237,250.63 | $10,000.00 | | $11,116.77 | $0.00 |

**Major Activities Affecting Case Closing:**

Trustee administered a vacant lot in Knox County, Illinois.  Property Sold.  Proof of claim objection set for 1/25/10, once resolved final report will be filed.

**Initial Projected Date Of Final Report (TFR):**     June 30, 2010        **Current Projected Date Of Final Report (TFR):**     June 30, 2010

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-73082  
**Case Name:** HOGUE, ROBERT A.  
HOGUE, TAMMY L.  
**Taxpayer ID #:** **-***1068  
**Period Ending:** 06/22/10

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****69-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 11/30/09 | | Charter Oak Realty | sale of vacant lot | | | 9,006.12 | | 9,006.12 |
| | {3} | | | 11,000.00 | 1110-000 | | | 9,006.12 |
| | | | 2009 real estate taxes | -251.85 | 4700-000 | | | 9,006.12 |
| | | | 2008 real estate taxes | -462.85 | 4700-000 | | | 9,006.12 |
| | | | Brokers commission | -660.00 | 3510-000 | | | 9,006.12 |
| | | | Title Attorneys | -180.00 | 2990-000 | | | 9,006.12 |
| | | | Recorder of Knox County | -16.50 | 2990-000 | | | 9,006.12 |
| | | | Record Notice | -35.00 | 2990-000 | | | 9,006.12 |
| | | | Title Insurance | -153.00 | 4110-000 | | | 9,006.12 |
| | | | HDA | -160.23 | 2990-000 | | | 9,006.12 |
| | | | Aqua Water | -74.45 | 2990-000 | | | 9,006.12 |
| 12/07/09 | {3} | Massie & Rennick | balance of escrow | | 1110-000 | 115.96 | | 9,122.08 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.35 | | 9,122.43 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.35 | | 9,122.78 |
| 02/08/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | | 1270-000 | 0.11 | | 9,122.89 |
| 02/08/10 | | To Account #********6966 | Prep. of F. Rpt - under $10,000. | | 9999-000 | | 9,122.89 | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 9,122.89 | 9,122.89 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 9,122.89 | |
| | | | **Subtotal** | | | 9,122.89 | 0.00 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$9,122.89** | **$0.00** | |

{} Asset reference(s)

Printed: 06/22/2010 11:20 AM    V.12.08

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-73082 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| **Case Name:** | HOGUE, ROBERT A. | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | HOGUE, TAMMY L. | | **Account:** | ***-*****69-66 - Checking Account |
| **Taxpayer ID #:** | **-***1068 | | **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Period Ending:** | 06/22/10 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/08/10 | | From Account #********6965 | Prep. of F. Rpt - under $10,000. | 9999-000 | 9,122.89 | | 9,122.89 |
| 03/29/10 | 101 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,327.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,327.50 | 7,795.39 |
| 03/29/10 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,861.68, Trustee Compensation;  Reference: | 2100-000 | | 1,861.68 | 5,933.71 |
| 03/29/10 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $122.27, Trustee Expenses;  Reference: | 2200-000 | | 122.27 | 5,811.44 |
| 03/29/10 | 104 | DISCOVER BANK | Dividend paid 15.98% on $6,026.12; Claim# 2; Filed: $6,026.12; Reference: | 7100-000 | | 963.37 | 4,848.07 |
| 03/29/10 | 105 | Tiffany Place Homeowner Association | Dividend paid 15.98% on $999.54; Claim# 3; Filed: $999.54; Reference: | 7100-000 | | 159.79 | 4,688.28 |
| 03/29/10 | 106 | Dell Financial Services L.L.C. | Dividend paid 15.98% on $2,382.60; Claim# 4; Filed: $2,382.60; Reference: | 7100-000 | | 380.89 | 4,307.39 |
| 03/29/10 | 107 | Chase Bank USA, N.A. | Dividend paid 15.98% on $2,381.80; Claim# 5; Filed: $2,381.80; Reference: | 7100-000 | | 380.76 | 3,926.63 |
| 03/29/10 | 108 | Chase Bank USA, N.A. | Dividend paid 15.98% on $6,637.98; Claim# 6; Filed: $6,637.98; Reference: | 7100-000 | | 1,061.17 | 2,865.46 |
| 03/29/10 | 109 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 15.98% on $3,723.85; Claim# 7; Filed: $3,723.85; Reference: | 7100-000 | | 595.31 | 2,270.15 |
| 03/29/10 | 110 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 15.98% on $10,685.96; Claim# 8; Filed: $10,685.96; Reference: | 7100-000 | | 1,708.29 | 561.86 |
| 03/29/10 | 111 | GE Money Bank dba JCPENNEY CREDIT SERVICES | Dividend paid 15.98% on $138.55; Claim# 9; Filed: $138.55; Reference: | 7100-000 | | 22.15 | 539.71 |
| 03/29/10 | 112 | ATT Mobility LLC | Dividend paid 15.98% on $318.00; Claim# 10; Filed: $318.00; Reference: | 7100-000 | | 50.84 | 488.87 |
| 03/29/10 | 113 | Capital Recovery III LLC As Assignee of CitiFinanc | Dividend paid 15.98% on $1,115.82; Claim# 11; Filed: $1,115.82; Reference: | 7100-000 | | 178.38 | 310.49 |
| 03/29/10 | 114 | PRA Receivables Management, Llc | Dividend paid 15.98% on $1,942.25; Claim# 12; Filed: $1,942.25; Reference: | 7100-000 | | 310.49 | 0.00 |

| | | | ACCOUNT TOTALS | 9,122.89 | 9,122.89 | $0.00 |
|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers | 9,122.89 | 0.00 | |
| | | | **Subtotal** | **0.00** | **9,122.89** | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | **NET Receipts / Disbursements** | **$0.00** | **$9,122.89** | |

{} Asset reference(s)                                                                                                                                        Printed: 06/22/2010 11:20 AM    V.12.08

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 09-73082  
**Case Name:** HOGUE, ROBERT A.  
HOGUE, TAMMY L.  
**Taxpayer ID #:** **-***1068  
**Period Ending:** 06/22/10

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******69-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 06/22/2010 11:20 AM   V.12.08

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 09-73082  
**Case Name:** HOGUE, ROBERT A.  
HOGUE, TAMMY L.  
**Taxpayer ID #:** **-***1068  
**Period Ending:** 06/22/10  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******69-66 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

```
           Net Receipts :      9,122.89
   Plus Gross Adjustments :    1,993.88
                             _____
            Net Estate :     $11,116.77
```

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****69-65** | 9,122.89 | 0.00 | 0.00 |
| **Checking # ***-*****69-66** | 0.00 | 9,122.89 | 0.00 |
| **MMA # 9200-******69-65** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-******69-66** | 0.00 | 0.00 | 0.00 |
| | $9,122.89 | $9,122.89 | $0.00 |

{} Asset reference(s)

Printed: 06/22/2010 11:20 AM V.12.08